

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct No: 302.622.4238
Email: SNiederman@FoxRothschild.com

February 6, 2023

**BY ECF AND OVERNIGHT MAIL**

Patricia S. Dodszuweit, Legal Chief Deputy Clerk
United State Court of Appeals for Third Circuit
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

      Re:   *ASHINC Corp.*, Case No. 22-2442
              *Catherine E. Youngman v Yucaipa American Alliance Fund I LP*

Dear Ms. Dodszuweit:

     After many months of negotiating, the parties are pleased to report that they have reached an agreement in principle subject to final documentation.

     We anticipate that documentation to be negotiated and finalized over the next several weeks.  Accordingly, the parties respectfully ask that the Court not rule on the following matter that is sub judice:  *August 12, 2022, Order Regarding Jurisdiction* (D.I. 3).

     We will keep the Court apprised of any developments, and are available at the Court's convenience if it has any questions.

                                                      Respectfully submitted,

                                                      */s/ Seth A. Niederman*
                                                      Seth A. Niederman
                                                      DE Bar No. 4588

SAN/mls
cc (*via email*):
Laura Davis Jones, Esq.
David M. Bertenthal, Esq.
Peter J. Keane, Esq.
Patricia L. Glaser, Esq.

142524632.1