

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct No:  302.622.4238
Email: SNiederman@FoxRothschild.com

May 15, 2023

**BY ECF AND OVERNIGHT MAIL**

Patricia S. Dodszuweit, Legal Chief Deputy Clerk
United State Court of Appeals for Third Circuit
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

  Re: *ASHINC Corp., Case No. 22-2442*
    <u>*Catherine E. Youngman v Yucaipa American Alliance Fund I LP*</u>

Dear Ms. Dodszuweit:

  By way of update to the parties' February 6, 2023 Status Report [D.I. 18], after many months of negotiating, the parties are in the final stages of documenting a settlement agreement that will resolve this appeal.  We anticipate that the settlement agreement will be executed in the next two weeks.  Accordingly, the parties respectfully ask that the Court not rule on the following matter that is sub judice:  *August 12, 2022, Order Regarding Jurisdiction* [D.I. 3].

  We will keep the Court apprised of any developments, and are available at the Court's convenience if it has any questions.

            Respectfully submitted,

            <u>*/s/ Seth A. Niederman*</u>
            Seth A. Niederman
            DE Bar No. 4588

cc (*via email*):
Laura Davis Jones, Esq.
David M. Bertenthal, Esq.
Peter J. Keane, Esq.
Patricia L. Glaser, Esq.

145770875.1