

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct No:  302.622.4238
Email: SNiederman@FoxRothschild.com

August 16, 2023

**BY ECF AND OVERNIGHT MAIL**

Patricia S. Dodszuweit, Legal Chief Deputy Clerk
United States Court of Appeals for the Third
Circuit
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:     ASHINC Corp., Case No. 22-2442**
      **Catherine E. Youngman, et al. v. Yucaipa American Alliance Fund I, L.P.**

Dear Ms. Dodszuweit:

After many months of negotiating, I am pleased to report that the parties have now executed a global settlement agreement that will resolve all matters related to the above-refenced adversary proceeding.  The cases will be dismissed upon the effective date of the Settlement, which is scheduled to occur in September, 2023.

We will keep the Court apprised of any developments and are available at the Court's convenience if it has any questions.

Respectfully,

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)

cc (*via email*):
Laura Davis Jones, Esq.
David M. Bertenthal, Esq.
Peter J. Keane, Esq.
Patricia L. Glaser, Esq.
David L. Buchbinder, Esq.

A Pennsylvania Limited Liability Partnership

California     Colorado     Delaware     District of Columbia     Florida     Georgia     Illinois     Minnesota
Nevada     New Jersey     New York     North Carolina     Pennsylvania     South Carolina     Texas     Washington

148411758.1