# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2442

In re: ASHINC Corp, et al

(U.S. District Court Nos: 1-21-cv-01060 and 14-ap-50971)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:　　September 12, 2023

CND/cc:　Jeffrey M. Dine, Esq.
　　　　　Laura D. Jones, Esq.
　　　　　Peter J. Keane, Esq.
　　　　　Randall C. Lohan,
　　　　　Seth A. Niederman, Esq.
　　　　　Douglas J. Pepe, Esq.
　　　　　Jeffrey H. Zaiger, Esq.

A True Copy:

*s/ Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate